UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20968-CMA

LISSET INFANTE and all others similarly
situated under 29 U.S.C. 216(b),

        Plaintiff,

vs.

JEWISH COMMUNITY SERVICES OF
SOUTH FLORIDA, INC.,

        Defendant.
_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Defendant, JEWISH COMMUNITY SERVICES OF SOUTH FLORIDA, INC. ("Defendant"), through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Order Requiring Scheduling Report and Certificate of Interested Parties (ECF No. 5), discloses the following:

1. **Interested Parties**: Defendant identifies the following persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case:

    a. Lisset Infante – Plaintiff

    b. J. H. Zidell, Esquire – Attorney for Plaintiff

    c. J.H. Zidell, P.A. – Attorneys for Plaintiff

    d. Jewish Community Services of South Florida, Inc. – Defendant

    e. Arlene K. Kline, Esquire – Attorney for Defendant

    f. Paige S. Newman, Esquire – Attorney for Defendant

    g. Akerman LLP – Attorneys for Defendant

2. **Corporate Disclosure**: Pursuant to Rule 7.1, Fed. R. Civ. P., the undersigned certifies that Defendant does not have a corporate parent and there are no publicly-traded companies that hold ten percent or more of its stock.

Dated: March 14, 2024          Respectfully submitted,

By: */s/ Arlene K. Kline*
    Arlene K. Kline (Florida Bar No. 104957)
    Paige S. Newman (Florida Bar No. 1010358)
    **AKERMAN LLP**
    777 South Flagler Drive
    Suite 1100 West Tower
    West Palm Beach, FL 33401
    Telephone: (561) 653-5000
    Facsimile: (561) 659-6313
    Email: arlene.kline@akerman.com
    Email: danielle.putnam@akerman.com
    Email: paige.newman@akerman.com
    Email: elisa.waites@akerman.com
    ***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 14, 2024, the foregoing document is being served on all counsel of record identified in the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

        */s/ Arlene K. Kline*
        Arlene K. Kline (Florida Bar No. 104957)

**SERVICE LIST**

J.H. Zidell, Esq.
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Telephone: (305) 865-6766
Fax: (305) 865-7167
Email: Zabogado@aol.com

*VIA CM/EFC*