UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-20968-CIV-ALTONAGA/Reid

| | |
|---|---|
| LISSET INFANTE and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| JEWISH COMMUNITY SERVICES OF SOUTH FLORIDA, INC., | ) ) ) |
| Defendant. | ) ) ) |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES/CORPORATE DISCLOSURE STATEMENT**

**COMES NOW**, Plaintiff, by and through the undersigned counsel, pursuant to the Court's Order at D.E. 5, and hereby lists the following entities and/or persons who may have financial interest in the outcome of this action:

1. Plaintiff, LISSET INFANTE, c/o J.H. Zidell P.A.;

2. J.H. Zidell, Esq. and J.H. Zidell, P.A. - Counsel for Plaintiff;

3. Defendant, JEWISH COMMUNITY SERVICES OF SOUTH FLORIDA, INC., c/o Akerman LLP; Paige S. Newman, Esq. and Arlene K. Kline, Esq.

4. Paige S. Newman, Esq., Arlene K. Kline, Esq., and Akerman LLP. – Counsel for Defendant;

Respectfully submitted,

J.H. Zidell, Esq.
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141

Tel: (305) 865-6766
Fax: (305) 865-7167
Email: ZABOGADO@AOL.COM

By:__/s/ J.H. Zidell_____
J.H. Zidell, Esq.
Florida Bar Number: 0010121

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 3/18/2024 TO:

Akerman LLP.
Paige S. Newman, Esq.
Arlene K. Kline, Esq.
*Counsel for Defendants*
777 South Flagler Drive, Suite 1100 West Tower
West Palm Beach, Fl, 33401
Tel: (561) 653-5000
Fax: (561) 659-6313
arlene.kline@akerman.com
danielle.putnam@akerman.com
paige.newman@akerman.com
elisa.waites@akerman.com

By:__/s/ J.H. Zidell_____
J.H. Zidell, Esq.